UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



12 JAN 25 AM 9:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

JOSE ALFREDO RAY-DIAZ (1),

               Defendant.

CASE NO. 11CR5540-JM

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense as charged in the Information:

21:952 and 960 - Importation of Cocaine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 20, 2012

Jeffrey T. Miller
U.S. District Judge